IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RUSSELL WILLIAM CUTTS, JR., )
                            )
    Petitioner,              )
                            )     CIVIL ACTION NO.
    v.                       )      1:06cv256-MHT
                            )          (WO)
KENNETH JONES, Warden, and  )
TROY KING, Attorney General )
of the State of Alabama,    )
                            )
    Respondents.             )
```

OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of January, 2009.


                                                    /s/ Myron H. Thompson  
                                           UNITED STATES DISTRICT JUDGE